# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: February 14, 2011 |
| Court Reporter: | Kara Spitler | |
| Probation Officer: | Lisa Pence | |

Criminal Action No. 06-cr-00090-MSK

*Parties*:                                                                  *Counsel*:

UNITED STATES OF AMERICA,                      Tim Neff

       Plaintiff,

v.

ROBERT P. LINDER,                                            Tommy Cryer

       Defendant.

---

## SENTENCING MINUTES
---

**3:05 p.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on October 18, 2010.  Defendant pled guilty to Count 2 of the Indictment.**

The Government orally moves to dismiss the remaining Counts 1, 3 and 4 of the Indictment. Defendant has no objection.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure (**Doc. #50**).  Argument by Mr. Cryer.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).   Argument by Mr. Cryer.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**   The Government's oral motion to dismiss the remaining Counts of the Indictment 1, 3 and 4 is **GRANTED.**

**ORDER:**   Defendant's Motion for Departure (**Doc. #50**) is **DENIED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Bond is exonerated.

**3:35 p.m.**   **Court in recess.**

Total Time:   30 minutes.
Hearing concluded.